HANOVER TOWNSHIP EDUCATION ASSOCIATION v. BOARD
OF EDUCATION OF HANOVER TOWNSHIP.

October 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL WILLIAM EVERETT.

November 2, 1987.

Petition for certification granted and the matter is remanded
to the sentencing court for its consideration of whether a
revision in sentence is warranted on the basis that when defend-
ant was originally sentenced, the court's possible misappre-
hension that defendant was previously charged with the distri-
bution rather than possession of a controlled dangerous sub-
stance was a material factor in defendant's sentence; and it is
further

ORDERED that the sentencing court may consider this mat-
ter on the submission of papers by the parties or conduct a
hearing or otherwise as it may direct; and it is further

ORDERED that the sentencing court shall enter an appropri-
ate order including its reasons for any revision to defendant's
sentence or, if the court determines that no revision is warrant-
ed, its reasons thereto.

TITAN GROUP INCORPORATED v. CORINNO CIVETTA
CONSTRUCTION CORPORATION OF NEW JERSEY.

November 2, 1987.

Petition for certification denied.